**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

CASE NO. 3:06-cr-296-J-33TEM

v.

ARLIS GLENDELL BLOUNT

_____/

## O R D E R

This matter is before the Court on Defendant Arlis G. Blount's ("Defendant") *pro se* Motion for the Court to Set Aside its July 8, 2009 Order (Doc. #122, Motion to Set Aside Order) and Defendant's Reply to the United States' Response in Opposition to Defendant's Motion to Compel Specific Performance of Government Pursuant to Rule 35(b) (Doc. #128, Reply).

On July 8, 2009, after careful consideration of the parties' respective filings, the Court entered an Order (Doc. #121, Order)[1] denying Defendant's Motion to Compel Specific Performance of Government Pursuant to Rule 35(b) (Doc. #119, Motion to Compel Specific Performance). The Court denied Defendant's Motion to Compel Specific Performance (Doc. #119) due to the fact Defendant failed to allege any unconstitutional motive, such as race or religion, with respect to the government's unwillingness to file a **second** substantial assistance motion (Doc. #121 at 4).

On July 24, 2009, Defendant filed the instant Motion to Set Aside Order (Doc. #122), wherein he requests that the Court set aside its July 8, 2009 Order (Doc. #121). On July

---

[1] The facts and conclusions set forth in the Court's July 8, 2009 Order (Doc. #121) are hereby incorporated by reference.

24, 2009, Defendant also filed a motion (Doc. #123) for leave to file a reply to the government's response in opposition to Defendant's Motion to Compel Specific Performance (Doc. #120, Government's Response in Opposition).  On August 28, 2009, the Court granted Defendant leave to file a reply to the Government's Response in Opposition (Doc. #127).  Additionally, the Court took under advisement Defendant's motion for the Court to set aside its July 8, 2009 Order (Doc. #127).

Subsequently, on October 1, 2009, Defendant filed his Reply (Doc. #128).  In the Reply (Doc. #128), Defendant, once again, failed to allege an unconstitutional motive regarding the government's unwillingness to file a second substantial assistance motion (*see* Doc. #128).  Consequently, Defendant's Motion to Set Aside Order (Doc. #122) is without merit and shall be denied.

Upon due consideration, and for the reasons stated herein, it is hereby **ORDERED**:

Defendant's Motion for the Court to Set Aside its July 8, 2009 Order (Doc. #122) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this  5th  day of November, 2009.

Copies to all counsel of record
and *pro se* Defendant

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge

2