**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

CASE NO. 3:06-cr-296-J-33TEM

v.

ARLIS GLENDELL BLOUNT

_____/

**O R D E R**

This matter is before the Court on Defendant Arlis G. Blount's ("Defendant") *pro se* Motion for the Court to Reconsider its November 5, 2009 Order (Doc. #130, Motion to Reconsider). For the reasons stated herein, the Motion to Reconsider shall be denied.

On July 8, 2009, after careful consideration of the parties' respective filings, the Court entered an Order (Doc. #121, Order)[1] denying Defendant's Motion to Compel Specific Performance of Government Pursuant to Rule 35(b) (Doc. #119, Motion to Compel Specific Performance). The Court denied Defendant's Motion to Compel Specific Performance (Doc. #119) due to the fact Defendant failed to allege any unconstitutional motive, such as race or religion, with respect to the government's unwillingness to file a **second** substantial assistance motion (Doc. #121 at 4).

On July 24, 2009, Defendant filed a Motion to Set Aside Order (Doc. #122), wherein he requested that the Court set aside its July 8, 2009 Order (Doc. #121). Also, on July 24, 2009, Defendant filed a motion (Doc. #123) for leave to file a reply to the government's response in opposition to Defendant's Motion to Compel Specific Performance (Doc. #120,

---

[1]The facts and conclusions set forth in the Court's July 8, 2009 Order (Doc. #121) are hereby incorporated by reference.

Government's Response in Opposition). On August 28, 2009, the Court granted Defendant leave to file a reply to the Government's Response in Opposition (Doc. #127). Additionally, the Court took under advisement Defendant's motion for the Court to set aside its July 8, 2009 Order (Doc. #127) until such time as Defendant filed a reply.

Subsequently, on October 1, 2009, Defendant filed his Reply to the Government's Response in Opposition (Doc. #128). In the Reply (Doc. #128), Defendant, once again, failed to allege an unconstitutional motive regarding the government's unwillingness to file a second substantial assistance motion (*see* Doc. #128). Consequently, Defendant's Motion to Set Aside Order (Doc. #122) was found to be without merit, and was denied by Court Order, dated November 5, 2009 (Doc. #129).[2]

Presently, Defendant asks the Court to reconsider its November 5, 2009 Order (Doc. #129). In the Motion to Reconsider (Doc. #130), however, Defendant alleges no facts that would in any way alter the reasoning employed by the Court in issuing said Order (*see* Docs. #121, #127, #129, #130). Consequently, the Court shall deny the instant motion.

Upon due consideration, and for the reasons stated herein, it is hereby **ORDERED**:

Defendant's Motion for the Court to Reconsider its November 5, 2009 Order (Doc. #130) is **DENIED**.

---

[2]The facts and conclusions set forth in the Court's November 5, 2009 Order (Doc. #129) are hereby incorporated by reference.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of December, 2009.

Copies to all counsel of record
and *pro se* Defendant

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge